COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




 
 
  
  
  
  
  
  
 IN RE: DONNY L. BRETZ
  
                           
 
  
                            
 
 
  
 '
  
 '
  
 '
  
 '
 
 
  
  
  
  
 No. 08-02-00538-CR
  
 AN ORIGINAL
 PROCEEDING IN 
  
 MANDAMUS
 
 




OPINION ON PETITION FOR WRIT OF MANDAMUS

 

Relator Donny L. Bretz seeks a writ of
mandamus compelling the trial court to appoint him an attorney to assist with
the filing of a motion for forensic DNA testing.  See Tex.
Code Crim. Proc. Ann. art. 64.01(c)
(Vernon Supp. 2003).  Bretz claims that he filed a motion requesting counsel and
that the trial court denied the motion without conducting a hearing.  Bretz has not,
however, provided this Court with a certified or sworn copy of the trial court=s order denying the motion.  See Tex.
R. App. P. 52.3(j)(1)(A).  Accordingly, the petition for writ of
mandamus is denied without prejudice. 
This denial does not constitute a ruling on the merits of Bretz=s complaint.

January 30, 2003

 

RICHARD BARAJAS, Chief Justice

 

 

Before Panel No. 4

Barajas, C.J., Larsen, and McClure, JJ.

(Do not publish)